# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2024 KW 0711

VERSUS

PARRISH NEWMAN                                          **OCTOBER 18, 2024**

---

In Re:    Parrish Newman, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          05-04-0277.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.** Relator's writ application is an untimely and successive application for postconviction relief. See La. Code Crim. P. arts. 930.4 & 930.8. Moreover, La. Code Crim. P. art. 555 provides that a failure to arraign the defendant or the fact that he did not plead, is waived if the defendant enters upon the trial without objecting thereto, and it shall be considered as if he had pleaded not guilty.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT